D. Conn.
17-cv-2031
Bolden, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of May, two thousand twenty.

Present:
> Robert D. Sack,
> Richard C. Wesley,
> Debra Ann Livingston,
> > *Circuit Judges*.

Jane Doe,

> *Plaintiff-Appellant*,

v.                                                                        20-431

Paychex, Inc.,

> *Defendant-Appellee*,

USI Insurance Services of Connecticut, Inc.,
USI Insurance Services LLC,

> *Defendants*.

Appellant, pro se, moves to recall the mandate in a previous appeal, for injunctive relief, for default judgment, and for the entry of judgment in her favor. Appellee, through counsel, moves to dismiss the appeal as untimely and as taken from a non-final order.

Upon due consideration, it is hereby ordered that Appellee's motion is GRANTED in part. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008) (setting forth the limited circumstances under which a litigant can bring an interlocutory appeal). The motion is DENIED as to the portions of Appellant's appeal that concern (1) the denial of injunctive relief, which is immediately appealable under 28 U.S.C. § 1292(a)(1), and (2) the requirement that she discard her pseudonym, which is immediately appealable under the collateral order doctrine. *See United States v. Pilcher*, 950 F.3d 39, 41 (2d Cir. 2020) (per curiam).

It is further ORDERED that Appellant's motions are DENIED and the appeal is DISMISSED in remaining part because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court